■ In the Matter of ARTHUR HARRISON, Petitioner, v J.F. BELLNIER, as Superintendent of Upstate Correctional Facility, et al., Respondents. [900 NYS2d 697]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Superintendent of Upstate Correctional Facility which found petitioner guilty of violating certain prison disciplinary rules.

Petitioner commenced this CPLR article 78 proceeding to challenge a prison disciplinary determination finding him guilty of harassment, refusing a direct order and having an untidy cell. The Attorney General has advised this Court that the determination has been administratively reversed, all references

thereto expunged from petitioner's institutional record and the $5 surcharge restored to petitioner's inmate account. Accordingly, as petitioner has received all the relief to which he is entitled, this matter is dismissed as moot (*see Matter of Mercer v Artus*, 70 AD3d 1073 [2010]; *Matter of Rivera v Napoli*, 69 AD3d 1284 [2010]).

Spain, J.P., Rose, Lahtinen, McCarthy and Garry, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.